# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DONALD HOUNSHELL, et al.**<br>    **Plaintiffs,**<br><br>vs.<br><br>**HYUNDAI MOTOR AMERICA, et al.**<br>    **Defendants.** | CASE NO.  19-cv-00207<br><br>JUDGE SOLOMON OLIVER, Jr.<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiffs Donald Hounshell and Robine Hounshell ("Plaintiffs") and Defendants Hyundai Motor Company and Hyundai Motor America (collectively, the "Hyundai Defendants") hereby submit this Joint Stipulation of Dismissal and state as follows:

The parties have settled all claims in this litigation. Pursuant to the parties' settlement, and in accordance with this Court's previous Orders regarding dismissal, the parties hereby stipulate that the above matter shall be dismissed with prejudice and request the Court enter an Order accordingly. Each party shall bear its own costs.

|  |  |
|---|---|
| **IT IS SO ORDERED.**<br>/s/ Solomon Oliver, Jr.<br>United States District Judge<br>3/13/2020 | Respectfully submitted,<br><br>*/s/ Eleni A. Swank (by email consent)*<br>GARY A. WOLENSKY (admission pending)<br>PAUL A. ALARCÓN<br>ELENI A. SWANK<br>**BUCHALTER**<br>A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Telephone: 949.760.1121<br>Fax: 949.720.0182<br>Email:   gwolensky@buchalter.com<br>  palarcon@buchalter.com<br>  eswank@buchalter.com<br>*Attorneys for Defendants, Hyundai Motor*<br>*America, and Hyundai Motor Company* |

1

<table>
<tr><td>

*/s/ William A. Carlin*
WILLIAM A. CARLIN (0009144)
MARK W. BIGGERMAN (0064092)
**CARLIN & CARLIN**
wcarlinesq@aol.com
mark@mblegal.com
29325 Chagrin Blvd., Suite 305
Pepper Pike, Ohio 44122
Telephone: (216) 831-4935
Fax: (216) 831-9526
*Attorneys for the Plaintiffs Donald Hounshell and Robine Hounshell*

</td><td>

*/s/ Eric S. Faulkner*
JOSEPH W. PAPPALARDO (0014326)
ERIC S. FAULKNER (0081192)
**GALLAGHER SHARP LLP**
1501 Euclid Avenue
Sixth Floor, Bulkley Building
Cleveland, Ohio 44115
Telephone: 216.522.1320
Fax: 216.241.1608
Email: jpappalardo@gallaghersharp.com
efaulkner@gallaghersharp.com
*Attorneys for Defendants, Hyundai Motor America, and Hyundai Motor Company*

</td></tr>
</table>